FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEE SCHAMBER,

          Plaintiff,

  -vs-

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY and DOES 1
through 100, inclusive,,

          Defendants.

No.    4:26 -CV-05002-JAG

ORDER DISMISSING
CASE WITH PREJUDICE

Pending before the Court is the parties' Stipulated Motion for Dismissal With Prejudice.  ECF No. 6.  Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendants in the above entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any Party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** this file.

DATED April 6, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1